IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2013-7571 |
| vs. | § | |
| XIN GUAN, | § § | Hon. J. Curtis Joyner |
| Defendant. | § § § | |

### NOTICE OF APPEARANCE

To the clerk:

    Please enter my appearance in the above-captioned matter on behalf of the Defendant, Xin Guan.

    Thank you,

    By: /s/ Leonard French
    Leonard J. French
    Attorney for Defendant
    PA Bar: 312413
    The Law Firm of Leonard J. French
    P.O. Box 9125
    Allentown, PA 18105
    Telephone: (610) 537-3537
    Facsimile: (888) 262-0632
    Email: ljfrench@leonardjfrench.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        Respectfully submitted,


        By: _/s/ Leonard French_____
        Leonard J. French