# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | § § § § § § § § § § | CIVIL ACTION NO. 2013-7571 |
| Plaintiff, | | |
| XIN GUAN, | | Hon. J. Curtis Joyner |
| Defendant. | | |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of Defendant's Motion for an Extension of Time, and Plaintiff's response, it hereby is ordered that the motion is granted. Defendant is granted an extension of time to file its response to Plaintiff's Complaint through May 27th, 2014.

BY THE COURT:

_____
Honorable J. Curtis Joyner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC § | | CIVIL ACTION NO. |
| § | | 2013-7571 |
| Plaintiff, § | | |
| § | | |
| § | | |
| § | | |
| XIN GUAN, § | | Hon. J. Curtis Joyner |
| § | | |
| Defendant. § | | |
| § | | |

## MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Xin Guan, by and through his counsel, Leonard J. French, Esq., moves this Honorable Court for an extension of time to respond to Malibu Media, LLC's Complaint. Defendant states the following in support of its motion:

1. Plaintiff Malibu Media, LLC served its Complaint on Defendant on April 22nd, 2014.

2. A response to the Complaint is due on May 13th, 2014.

3. Undersigned counsel was hired to represent defendant on May 8th, 2014.

4. Defendant's counsel is attempting to settle the matter with the Plaintiff.

5. Defendant's counsel is preparing an appropriate response to Plaintiff's Complaint.

6. Given the nature of the issues involved with this matter, additional time is required for a full and complete response to the allegations contained in Plaintiff's Complaint.

7. The instant Motion is not intended to cause delay.

8. No parties will be prejudiced by an extension of time.

9. Plaintiff, through counsel, has consented to a 14-day extension.

WHEREFORE, Defendant, Xin Guan, respectfully requests this Honorable Court enter the above proposed order, along with any other relief the court deems necessary, just, and proper.

>Respectfully submitted,
>
>By: /s/ Leonard French
>Leonard J. French
>Attorney for Defendant
>PA Bar: 312413
>The Law Firm of Leonard J. French
>P.O. Box 9125
>Allentown, PA 18105
>Telephone: (610) 537-3537
>Facsimile: (888) 262-0632
>Email: ljfrench@leonardjfrench.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13th, 2014, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>Respectfully submitted,
>
>By: /s/ Leonard French
>Leonard J. French
>Attorney for Defendant