IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                       Civil Action No. 2:13-cv-07571-JCJ

XIN GUAN,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF XIN GUAN

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Xin Guan ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Xin Guan was assigned the IP address 68.63.147.132. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Xin Guan has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June ____, 2014

                                                      Respectfully submitted,

                                                      By:    /s/ *Christopher P. Fiore*
                                                      Christopher P. Fiore
                                                      cfiore@fiorebarber.com
                                                      Attorneys At Law
                                                      418 Main Street, Suite 100
                                                      Harleysville, PA 19438
                                                      Phone: 215-256-0205
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June \_\_\_\_, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                     By: /s/ *Christopher P. Fiore*
                                                                        Christopher P. Fiore